1
2
3
4
5
6
7

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

BOHBOT LLC, a New York
Limited Liability Company,

        Plaintiff,

   v.

ENTREPRENEURIAL
CONSULTING SERVICES, LLC, a
California Limited Liability
Company,

        Defendant.

Case No. 8:23-cv-01265-FWS (DFMx)

**ORDER RE: JOINT STIPULATION FOR DISMISSAL**

Judge:   Hon. Fred W. Slaughter

18
19
20
21
22
23
24
25
26
27
28

ORDER RE: DISMISSAL
8:23-CV-1265

1    Pursuant to the stipulation of the Parties and for good cause having been

2  shown, the Court hereby ORDERS as follows:

3    1.    Plaintiff Bohbot LLC's First Amended Complaint is dismissed with

4  prejudice;

5    2.    Defendant Entrepreneurial Consulting Services, LLC's Counter-

6  Complaint is dismissed with prejudice;

7    3.    Pursuant to Federal Rule of Civil Procedure 41, this action in its

8  entirety should be dismissed with prejudice and with each party bearing its own

9  costs and fees.

10

11  Date:  October 31, 2024

12                                          _____
                                            Hon. Fred W. Slaughter
13                                          U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: DISMISSAL
8:23-CV-1265